IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP VILLANUEVA,<br><br>  Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER R. MONROY,<br><br>  Defendant.<br>_____ | No. C 05-3821 MMC (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. On October 28, 2005, the Court dismissed the complaint for failure to state a cognizable claim for relief. Plaintiff was granted leave to file, within 30 days, an amended complaint curing the deficiencies noted. The Court cautioned plaintiff that his failure to file an amended complaint within the time provided would "result in the dismissal of this action." Plaintiff has not filed an amended complaint. Accordingly, the above-titled action is hereby DISMISSED without prejudice. See WMX Technologies v. Miller, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding further action by district court necessary where plaintiff fails to amend after dismissal with leave to amend).

The Clerk shall close the file and terminate any pending motions.

IT IS SO ORDERED.

DATED: December 21, 2005

_____
MAXINE M. CHESNEY
United States District Judge